IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE: ROBERT EARL FIFER, )
) Civil Action No. 7:15-cv-00163
Debtor. )
) By: Elizabeth K. Dillon
) United States District Judge

**FINAL ORDER OF DISMISSAL**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE. It is further directed that the clerk shall STRIKE this case from the active docket of the court.

The clerk shall provide copies of this order of dismissal and the accompanying memorandum opinion to the Clerk of the United States Bankruptcy Court for the Western District of Virginia and directly to Mr. Fifer.

Entered: June 16, 2015.

*Elizabeth K. Dillon*
United States District Judge